# AFFADAVIT

Comes Now Robert-Christopher: Ewans, a peaceful, natural man, one of the people of New-Jersey under oath before God and swears that the following information is of my own personal knowledge and belief.

After giving notice and warning in open court and written notice by mail that I am the living breathing man, not a corporate fiction, and that I reserve all rights through the Supremacy Clause of the Constitution, the Universal Declaration of Human Rights, the International Covenant on Civil and Political Rights known as the Supreme Law.

I have been injured by the actions of the Somerset County Prosecutor, Sherriff Darrin Russo, & Judge Jonathon W. Romankow. I have been unconstitutionally arrested & falsely imprisoned against my God given rights as a living breathing man for N.J. code of Terroristic Threats Title 2C:12-3 which goes directly against Supreme Court Decision Self v. Rhay and Marbury v. Madison. I have no contractual signed agreement between myself & the court under the Clearfield Doctrine, the law of contracts, my charges are null and void.

I am held unconstitutionally without reasonable bail which is a violation of the 8th Amendment of the Bill of Rights by pre-trial detention.

PROOF OF SERVICE TO:

JONATHON W. ROMANKOW
SOMERSET COUNTY COURTHOUSE
20 N. BRIDGE ST.
P.O. BOX 3000
SOMERVILLE, NJ 08876-1262

SOMERSET COUNTY PROSECUTORS OFFICE
40 N. BRIDGE ST.
P.O. BOX 3000
SOMERVILLE, NJ 08876

DARRIN J. RUSSO
20. GROVE ST.
P.O. BOX 3000
SOMERVILLE N.J. 08876

RELIEF SOUGHT;
- CRIMINAL PROSECUTION OF TRESPASSERS
- COMPENSATORY AND PUNITIVE DAMAGES
- RELEASE FROM PRE-TRIAL DETENTION
- ENFORCEMENT AND RESPECT OF MY GOD-GIVEN RIGHTS

SUBSCRIBED TO & SWORN BEFORE GOD UNDER PENALTY OF PERJURY.

X _____
ROBERT-CHRISTOPHER: EWANS
ALL RIGHTS RESERVED

BUT NO SUCH LAWS, NOR THEIR ENFORCERS, HAVE ANY AUTHORITY OVER ME. I AM NOT IN ANY JURISDICTION, FOR I AM NOT OF SUBJECT STATUS.

CONSISTENT WITH THE ETERNAL TRADITION OF NATURAL COMMON LAW, UNLESS I HAVE HARMED OR VIOLATED SOMEONE OR THEIR PROPERTY, I HAVE COMMITTED NO CRIME; AND AM THEREFORE NOT SUBJECT TO ANY PENALTY.

I ACT IN ACCORDANCE WITH THE FOLLOWING U.S. SUPREME COURT CASE HALE-V-HENKEL, 201 U.S. 43 AT 47 (1905) WHICH STATES:

"THE INDIVIDUAL MAY STAND UPON HIS CONSTITUTIONAL RIGHTS AS A CITIZEN. HE IS ENTITLED TO CARRY ON HIS PRIVATE BUSINESS IN HIS OWN WAY. HIS POWER TO CONTRACT IS UNLIMITED. HE OWES NO SUCH DUTY (TO SUBMIT HIS BOOKS AND PAPERS FOR AN EXAMINATION) TO THE STATE, SINCE HE RECEIVES NOTHING THEREFROM, BEYOND THE PROTECTION OF HIS LIFE AND PROPERTY. HIS RIGHTS ARE SUCH AS EXISTED BY THE LAW OF THE LAND [COMMON LAW] LONG ANTECEDENT TO THE ORGANIZATION OF THE STATE, AND CAN ONLY BE TAKEN FROM HIM BY DUE PROCESS OF LAW, AND IN ACCORDANCE WITH THE CONSTITUTION. AMONG HIS RIGHTS ARE REFUSAL TO INCRIMINATE HIMSELF, AND THE IMMUNITY OF HIMSELF, AND HIS PROPERTY FROM ARREST OR SEIZURE EXCEPT UNDER A WARRANT OF THE LAW. HE OWES NOTHING TO THE PUBLIC SO LONG AS HE DOES NOT TRESSPASS ON THEIR RIGHTS."

24

FURTHER AFFIANT SAITH NOT.

ALL RIGHTS RESERVED

X _(signature)_
  Robert-Christopher: Ewans

Robert Ewans
32 Highland Ave
Somerset N.J. 08873

SUBSCRIBED TO AND SWORN TO BEFORE GOD [TITUS 1:2] THIS 10th DAY OF JULY 2024